IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| In Re: | |
|---|---|
| DENTCORP MANAGEMENT, LLC | CASE NO. 22-54412 <br> CHAPTER 7 <br> JUDGE BEM |
| Debtor. | |

# NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

COMES NOW, Jason B. Godwin, member of this Court and files this Notice of Appearance and Request for Notice for the Creditor Wildwood Professional Properties, LLC in the above styled matter.  All notices should be directed to:

Jason B. Godwin
Godwin Law Group
3985 Steve Reynolds Boulevard
Building D
Norcross, Georgia 30093
Phone:  770-448-9925
Fax:  770-448-9958
Email:  jgodwin@godwinlawgroup.com

This the 21st of June, 2022.

/s/ Jason B. Godwin
Jason B. Godwin
Georgia Bar No. 142226

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In Re: | |
| **DENTCORP MANAGEMENT, LLC** | CASE NO. 22-54412<br>CHAPTER 7<br>JUDGE BEM |
| Debtor. | |

### CERTIFICATE OF SERVICE

I certify that the foregoing Notice of Appearance was served upon the following listed parties and/or counsel by either electronic transmission, first-class United States mail, postage pre-paid or by hand delivery on June 21, 2022:

Dentcorp Management, LLC
5671 Peachtree Dunwoody Road
Atlanta, Georgia 30342

Garrett A. Nail
Suite 460
3350 Riverwood Parkway
Atlanta, Georgia 30339

**Neil C. Gordon**
Chapter 7 Trustee
Suite 2100
171 17th Street, NW
Atlanta, Georgia 30363

**US Trustee**
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

/s/ Jason B. Godwin
Jason B. Godwin
Georgia Bar No. 142226