UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| DENTCORP MANAGEMENT, LLC, | ) | CASE NO. 22-54412-bem |
| | ) | |
| Debtor | ) | CHAPTER 7 |
| | ) | |

**MOTION (1) TO DETERMINE THAT MILESTONE DENTISTRY @ PEACHTREE CORNERS, INC., MILESTONE DENTISTRY OF SUWANEE, INC., AND AMALGAMATED HEALTHCARE, INC. ARE NOT DEBTORS OR, (2) ALTERNATIVELY, TO DISMISS SUCH ENTITIES FROM CASE**

COMES NOW Scott L. Huynh, DMD ("Huynh"), and hereby seeks a determination that Milestone Dentistry @ Peachtree Corners, Inc. ("Peachtree Corners"), Milestone Dentistry of Suwanee, Inc ("Suwanee"), and Amalgamated Healthcare, Inc. ("Amalgamated") are not debtors in bankruptcy or, alternatively, dismissal of such entities from the bankruptcy case of DentCorp Management, LLC ("Debtor"). In support hereof, Huynh shows as follows:

**Background**

1. Timothy Kiser ("Kiser") initiated a civil action in the Superior Court of Fulton County, Case No. 2021CV355806 (the "Litigation") against Freddie Wakefield, Jr., DMD ("F. Wakefield"), Daryl Wakefield ("D. Wakefield")(collectively, the "Wakefields"), and Debtor alleging, among other things, that the Wakefields defrauded Kiser into investing in Debtor.

2. On or about January 25, 2022, the Superior Court entered an Order (the "Receivership Order") in the Litigation appointing Christopher Tierney as receiver (the "Receiver") to "manage all necessary operations of the company…." The Receivership Order identified the Receivership Estate as including all "property and assets of [Debtor] and its corporate affiliates, wherever located…."

3. On or about April 28, 2022, the Superior Court entered an Order in the Litigation indicating that the Receivership Order applied to certain identified entities, including Peachtree Corners, Suwanee, and Amalgamated.

4. On or about May 9, 2022, the Superior Court entered an Order (the "Winddown Order") in the Litigation determining that Debtor is the "parent or controlling company" of various entities, including Peachtree Corners and Suwanee (collectively, the "DentCorp Entities"). The Winddown Order provided that the Receivership Order applied "to the assets and operations" of the DentCorp Entities and the assets held or controlled by F. Wakefield. The Winddown Order authorized the Receiver to "file a voluntary petition for relief under the United States Code for any and all of the DentCorp Entities…" and to "determine for which (or all) of the DentCorp Entities bankruptcy relief is appropriate."

5. Amalgamated was not identified as one of the DentCorp Entities for which the Receiver obtained authority to file bankruptcy.

6. On June 9, 2022 (the "Petition Date"), the Receiver filed a voluntary Chapter 7 petition for Debtor, listing Peachtree Corners, Suwanee, and Amalgamated as "assumed names, trade names, and *doing business as* names."

7. Peachtree Corners, Suwanee, and Amalgamated, however, are not assumed names, trade names, or *doing business as* names of Debtor. They are separate legal entities. To the extent Debtor is deemed to have any ownership interest in such entities, Debtor's bankruptcy estate only consists of the ownership interest, and not the actual assets of Peachtree Corners, Suwanee, or Amalgamated.

### Milestone Dentistry @ Peachtree Corners, Inc.

8. Debtor operated a dental practice at 5075 Peachtree Parkway, Suite 105, Norcross, GA 30092 (the "Peachtree Corners Practice").

9. Pursuant to a *Practice Purchase Agreement* dated October 7, 2019, (i) Debtor sold the assets and business of the Peachtree Corners Practice to Scott Huynh, DMD, P.C. ("Huynh PC"), and (ii) the Wakefields sold all of their goodwill in the Peachtree Corners Practice to Huynh PC, with F. Wakefield agreed to a non-compete. The Closing Date was on or about November 15, 2019.

10. On November 19, 2019, Huynh was the incorporator of Milestone Dentistry – Peachtree Corners, P.C ("Milestone-Peachtree Corners"), Control Number 19151258, Georgia Secretary of State Records.

11. Pursuant to a *Certificate of Amendment* dated January 28, 2020, Milestone-Peachtree Corners changed its name to Milestone Dentistry @ Peachtree Corners, Inc. The 2022 Annual Registration identifies D. Wakefield as CFO, F. Wakefield as CEO, and Huynh as secretary.

12. Huynh PC still owns the assets of the Peachtree Corners Practice.

### Milestone Dentistry of Suwanee, Inc.

13. F. Wakefield incorporated Suwanee on or about November 30, 2020, Control Number 20240880, Georgia Secretary of State Records. The 2022 Annual Registration identifies D. Wakefield as CFO, F. Wakefield as CEO, and Huynh as secretary.

14. Pursuant to a *Practice Assets Sale Agreement* entered into December 8, 2020, Debtor and Huynh jointly acquired from Robert S. Israel, DDS and Wildwood Management, LLC a dental practice located at 1230 Satellite Blvd., Suite 100, Suwanee, GA 30024 (the "Suwanee

Practice"). The *Bill of Sale and Assignment* of the assets and business of the Suwanee Practice was made jointly to Debtor and Huynh. As part of the transaction, Wildwood Professional Properties, LLC entered into a lease with Debtor for the premises at which the Suwanee Practice operated. Huynh guaranteed Debtor's obligation under the Lease.

15. Huynh is not a defendant in the Litigation and still retains his jointly held interest in the assets and operations of the Suwanee Practice.

### Amalgamated Healthcare, Inc.

16. On or about February 15, 2022, F. Wakefield incorporated Amalgamated Healthcare Systems, P.C., Control Number 22038901, Georgia Secretary of State Records.

17. Pursuant to a *Certificate of Amendment* dated April 18, 2022, Amalgamated Healthcare Systems, P.C. changed its name to Amalgamated Healthcare, Inc. The 2022 Annual Registration identifies F. Wakefield as CEO, Huynh as CFO, and Ronald Wand as secretary. F. Wakefield, Huynh, and Ronald Wand each own one third of the outstanding shares of Amalgamated.

### Relief Requested

18. By this Motion, Huynh seeks clarification and a determination from the Court that Peachtree Corners, Suwanee, and Amalgamated are not debtors in bankruptcy. Alternatively, Huynh seeks dismissal of Peachtree Corners, Suwanee, and Amalgamated from Debtor's bankruptcy case.

### Basis for Relief

19. A voluntary case under a chapter of the Bankruptcy Code is "commenced by the filing with the bankruptcy court of a petition under such chapter by an entity that may be a debtor under such chapter." 11 U.S.C. § 301(a).

20. 11 U.S.C. § 302(a) provides that "[a] joint case under a chapter of this title is commenced by the filing with the bankruptcy court of a single petition under such chapter by an individual that may be a debtor under such chapter and such individual's spouse. The commencement of a joint case under a chapter of this title constitutes an order for relief under such chapter."

21. Accordingly, there is no provision for joint cases except as to an individual debtor and that debtor's spouse.

22. Joint cases filed by separate legal entities are improper. *In re 4-1-1 Florida Georgia, L.P.*, 125 B.R. 565, 1991 Bankr.LEXIS 407 (Bankr. W.D. Mo. 1991)(Chapter 11 petition filed by four, and possibly six, separate and distinct entities is impermissible). *In re Simon*, 179 B.R. 1, 1995 Bankr.LEXIS 301 (Bankr. D. Mass. 1995)(Individual debtor and trust for which he serves as trustee may not join in single bankruptcy petition, since under 11 USCS § 302(a) individual and spouse are only persons who may file joint petition.).

23. The Court has the authority to dismiss improperly joined entities without notice. *In re Jephunneh Lawrence & Associates Chartered*, 63 B.R. 318, 15 Collier Bankr. Cas. 2d (MB) 742, 1986 Bankr. LEXIS 5723 (Bankr. D.D.C. 1986)("[W]here (as here) it is apparent on the face of the record that under no set of circumstances can the relief requested be granted, this Court, like any other, has inherent authority to dismiss a case, *sua sponte* and without notice, as being irremediably defective.").

24. Peachtree Corners, Suwanee, and Amalgamated are separate and distinct legal entities and cannot jointly file with Debtor.

25. The Receiver's authority in the Winddown Order to file bankruptcy on behalf of the DentCorp Entities did not (i) grant authority to file on behalf of Amalgamated and (ii) authorize the Receiver to violate the express provisions of the Bankruptcy Code regarding joint petitions.

26. Accordingly, the Court should enter an Order determining that Peachtree Corners, Suwanee, and Amalgamated are not debtors because no separate petitions were filed on their behalf and joinder in Debtor's case is impermissible.

27. Alternatively, the Court should dismiss Peachtree Corners, Suwanee, and Amalgamated from Debtor's case.

WHEREFORE, Huynh prays that this Court:

(i) Enter an Order determining that Milestone Dentistry @ Peachtree Corners, Inc., Milestone Dentistry of Suwanee, Inc., and Amalgamated Healthcare, Inc. are not debtors in bankruptcy;

(ii) Alternatively, dismiss Milestone Dentistry @ Peachtree Corners, Inc., Milestone Dentistry of Suwanee, Inc., and Amalgamated Healthcare, Inc. from Debtor's bankruptcy case; and

(iii) Grant such other relief as is appropriate.

Dated: July 12, 2022

> LAMBERTH, CIFELLI,
> ELLIS & NASON, P.A.
> *Counsel for Scott L. Huynh, DMD*
>
> By: */s/ G. Frank Nason, IV*
> G. Frank Nason, IV
> Georgia Bar No. 535160
> fnason@lcenlaw.com

6000 Lake Forrest Drive, NW
Suite 435
Atlanta, Georgia 30328
(404) 262-7373

## Certificate of Service

This is to certify that I have on this day electronically filed the foregoing *Motion (1) to Determine that Milestone Dentistry @ Peachtree Corners, Inc., Milestone Dentistry of Suwanee, Inc., and Amalgamated Healthcare, Inc., are not Debtors or (2) Alternatively, Dismiss Such Entities from Case* using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

| | |
|---|---|
| Garrett A. Nail | gnail@pgnlaw.com |
| Eric W. Anderson | eanderson@phrd.com |
| Neil C. Gordon | neil.gordon@AGG.com |
| Jason B. Godwin | jgodwin@godwinlawgroup.com |
| Joshua A. Mayes | jmayes@robbinsfirm.com |
| Griffin B. Bell, III | gbb@gb3pc.com |

Dated: July 12, 2022

                                                    */s/ G. Frank Nason, IV*
                                                    G. Frank Nason, IV
                                                    Georgia Bar No. 535160

6000 Lake Forrest Drive
Suite 435
Atlanta, Georgia 30328
(404) 262-7373