UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| DENTCORP MANAGEMENT LLC, | ) | CASE NO. 22-54412-BEM |
| | ) | |
| Debtor. | ) | |

## ENTRY OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

COMES NOW, Ron C. Bingham, II, of the Firm of Adams and Reese LLP, and files this Entry of Appearance and Demand for Service of Papers, as counsel for and on behalf of CITIZENS BANK, a creditor and party in interest in the above styled case, and requests receipt of all notices and orders in this case.

This 19th day of July, 2022.

/s/ Ron C. Bingham, II
RON C. BINGHAM, II
Georgia Bar No. 057240

For the firm of:
ADAMS AND REESE LLP
3424 Peachtree Road, NE, Suite 1600
Atlanta, Georgia 30326
(470) 427-3700 – Telephone
(404) 500-5975 – Facsimile
Email: ron.bingham@arlaw.com
Attorneys for Citizens Bank

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| DENTCORP MANAGEMENT LLC, | ) | CASE NO. 22-54412-BEM |
| | ) | |
| Debtor. | ) | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing **Entry of Appearance and Demand for Service of Papers** was sent electronically via this Court's CM/ECF System upon registered users and via First Class U.S. Mail, postage prepaid, to those parties listed below on this the 19th day of July, 2022.

| | |
|---|---|
| Garrett A. Nail, Esq.<br>Portnoy Garner Nail LLC<br>3350 Riverwood Parkway, Suite 460<br>Atlanta, Georgia 30339<br>gnail@pgnlaw.com | Neil C. Gordon, Esq.<br>Arnall, Golden & Gregory, LLP<br>171 17th Street, NW, Suite 2100<br>Atlanta, Georgia 30363 |

This 19th day of July, 2022.

/s/ Ron C. Bingham, II
RON C. BINGHAM, II
Georgia Bar No. 057240

For the Firm of
ADAMS AND REESE LLP
3424 Peachtree Road, NE, Suite 1600
Atlanta, Georgia 30326
(470) 427-3700 – Telephone
(404) 500-5975 – Facsimile
Email: ron.bingham@arlaw.com
Attorneys for Citizens Bank