**IT IS ORDERED as set forth below:**

Date: July 25, 2022

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 22-54412-BEM |
| | ) | |
| DENTCORP MANAGEMENT LLC, | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |
| | ) | |

**ORDER**

The matter arose upon the application of Neil C. Gordon, Chapter 7 Trustee, to retain Hays Financial Consulting, LLC ("HFC") as Accountants for the estate. The authorization sought appears to be in the best interests of this estate. The United States Trustee has been served with the application; accordingly, it is hereby

**ORDERED** that pursuant to 11 U.S.C. §327 and Bankruptcy Rule 2014, the Chapter 7 Trustee is hereby authorized to retain and appoint the firm of

18418878v1

HAYS FINANCIAL CONSULTING, LLC, as Accountants for the estate for the purposes and terms specified in the Application to Employ Accountant for reasonable compensation and reimbursement of expenses as the Court may award under applicable law after notice and hearing based upon an application to be filed in the case. There shall be no payment made or reimbursement of expenses to the firm of Hays Financial Consulting, LLC without Court approval pursuant to applicable law.

This Order is entered subject to an objection of the United States Trustee or any other party in interest, which objection must be filed with the Clerk and served upon the undersigned Trustee within twenty-one (21) days of the entry of this Order.

[END OF DOCUMENT]


PREPARED AND PRESENTED BY:

ARNALL GOLDEN GREGORY LLP

By: */s/ Neil C. Gordon*
      Neil C. Gordon
      State Bar No. 302387
171 17th Street, N.W., Suite 2100
Atlanta, Georgia 30363-1031
Phone: 404.873.8596 / Fax: 404.873.8597
E-mail: neil.gordon@agg.com
Attorneys for Chapter 7 Trustee

18418878v1

## DISTRIBUTION LIST

Neil C. Gordon
Arnall Golden Gregory LLP
171 17th Street, N.W.
Suite 2100
Atlanta, GA 30363-1031

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

Hays Financial Consulting, LLC
2964 Peachtree Road, NW
Suite 555
Atlanta, GA 30305-2153

Garrett A. Nail
Portnoy Garner Nail LLC
Suite 460
3350 Riverwood Parkway
Atlanta, GA 30339

Dentcorp Management LLC
5671 Peachtree Dunwoody Rd.
Atlanta, GA 30342

18418878v1