**IT IS ORDERED as set forth below:**

Date: August 16, 2022

_____
**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 22-54412-BEM |
| DENTCORP MANAGEMENT LLC, | |
| Debtor. | CHAPTER 7 |

### O R D E R

This matter came before the Court on Scott L. Huynh, DMD's ("Huynh") *Motion (1) to Determine that Milestone Dentistry at Peachtree Corners, Inc., Milestone Dentistry of Suwanee, Inc., and Amalgamated Healthcare, Inc. are not Debtors or, (2) Alternatively, to Dismiss Such Entities From Case* (the "Motion") [Doc. 23] and Timothy Kiser's ("Kiser") response thereto (the "Response") [Doc. 45] for hearing on August 16, 2022. Neil C. Gordon appeared as the Chapter 7 Trustee; Joshua Mayes appeared for Kiser, Griffin B. Bell III appeared for Benco Dental Supply Company, G. Frank Nason IV appeared for Huynh, and Vanessa Leo appeared on behalf of the United States Trustee. Huynh filed his Motion to seek a determination that Milestone Dentistry at Peachtree Corners, Inc., Milestone Dentistry of Suwanee, Inc., and Amalgamated Healthcare, Inc. are not debtors in the instant case. In his Response and at the Hearing, Kiser argued

that based on orders in a state court receivership action, the Motion is premature and that the entities listed in the Motion may be part of the bankruptcy estate. At the Hearing, the chapter 7 trustee noted that he is still investigating the debtor and potential assets in this case and may later seek to have Milestone Dentistry at Peachtree Corners, Inc., Milestone Dentistry of Suwanee, Inc., and Amalgamated Healthcare, Inc. substantively consolidated as debtors in the instant case, or have them declared alter egos of the Debtor.

At the Hearing, the Court issued an oral ruling explaining that per the applicable statute, a bankruptcy case is commenced "by the filing with the bankruptcy court of a petition under such chapter by an entity that may be a debtor under such chapter." 11 U.S.C. § 301(a). Furthermore, 11 U.S.C. § 302(a) only provides for joint cases in the instance of an individual debtor and their spouse. The voluntary petition in this case lists only "Dentcorp Management LLC." [Doc. 1]. While the petition lists numerous other entities as "affiliated subsidiary companies operating under the same corporate umbrella," there is no basis in the Bankruptcy Code that renders the additional entities as debtors in a bankruptcy case absent separate petitions. *Id.* Therefore, it is

ORDERED that the Motion is GRANTED.

**END OF ORDER**

**Distribution List**

Neil C. Gordon
Arnall, Golden & Gregory, LLP
Suite 2100
171 17th Street, NW
Atlanta, GA 30363

Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

G. Frank Nason, IV
6000 Lake Forrest Drive, NW
Suite 435
Atlanta, Georgia 30328

Joshua A. Mayes
Robbins Alloy Belinfante Littlefield LLC
500 14th Street, N.W.
Atlanta, Georgia 30318


ALL CREDITORS AND PARTIES