**IT IS ORDERED as set forth below:**



**Date: August 16, 2022**

_____
**Barbara Ellis-Monro
U.S. Bankruptcy Court Judge**

_____

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>DENTCORP MANAGEMENT LLC,<br><br>Debtor. | CASE NO. 22-54412-BEM<br><br>CHAPTER 7 |

### O R D E R

This matter came before the Court on Scott L. Huynh, DMD's ("Huynh") *Motion (1) to Determine that Milestone Dentistry at Peachtree Corners, Inc., Milestone Dentistry of Suwanee, Inc., and Amalgamated Healthcare, Inc. are not Debtors or, (2) Alternatively, to Dismiss Such Entities From Case* (the "Motion") [Doc. 23] and Timothy Kiser's ("Kiser") response thereto (the "Response") [Doc. 45] for hearing on August 16, 2022. Neil C. Gordon appeared as the Chapter 7 Trustee; Joshua Mayes appeared for Kiser, Griffin B. Bell III appeared for Benco Dental Supply Company, G. Frank Nason IV appeared for Huynh, and Vanessa Leo appeared on behalf of the United States Trustee. Huynh filed his Motion to seek a determination that Milestone Dentistry at Peachtree Corners, Inc., Milestone Dentistry of Suwanee, Inc., and Amalgamated Healthcare, Inc. are not debtors in the instant case. In his Response and at the Hearing, Kiser argued

that based on orders in a state court receivership action, the Motion is premature and that the entities listed in the Motion may be part of the bankruptcy estate. At the Hearing, the chapter 7 trustee noted that he is still investigating the debtor and potential assets in this case and may later seek to have Milestone Dentistry at Peachtree Corners, Inc., Milestone Dentistry of Suwanee, Inc., and Amalgamated Healthcare, Inc. substantively consolidated as debtors in the instant case, or have them declared alter egos of the Debtor.

At the Hearing, the Court issued an oral ruling explaining that per the applicable statute, a bankruptcy case is commenced "by the filing with the bankruptcy court of a petition under such chapter by an entity that may be a debtor under such chapter." 11 U.S.C. § 301(a). Furthermore, 11 U.S.C. § 302(a) only provides for joint cases in the instance of an individual debtor and their spouse. The voluntary petition in this case lists only "Dentcorp Management LLC." [Doc. 1]. While the petition lists numerous other entities as "affiliated subsidiary companies operating under the same corporate umbrella," there is no basis in the Bankruptcy Code that renders the additional entities as debtors in a bankruptcy case absent separate petitions. *Id.* Therefore, it is

ORDERED that the Motion is GRANTED.

**END OF ORDER**

**Distribution List**

Neil C. Gordon
Arnall, Golden & Gregory, LLP
Suite 2100
171 17th Street, NW
Atlanta, GA 30363

Office of the United States Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

G. Frank Nason, IV
6000 Lake Forrest Drive, NW
Suite 435
Atlanta, Georgia 30328

Joshua A. Mayes
Robbins Alloy Belinfante Littlefield LLC
500 14th Street, N.W.
Atlanta, Georgia 30318


ALL CREDITORS AND PARTIES

United States Bankruptcy Court

Northern District of Georgia

| | |
|---|---|
| In re: | Case No. 22-54412-bem |
| Dentcorp Management LLC | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113E-9 | User: bncadmin | Page 1 of 3 |
| Date Rcvd: Aug 16, 2022 | Form ID: pdf471 | Total Noticed: 27 |

The following symbols are used throughout this certificate:

**Symbol**  **Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dentcorp Management LLC, 5671 Peachtree Dunwoody Rd., Atlanta, GA 30342-5000 |
| aty | + | William C. Buhay, Weinberg Wheeler Hudgins Gunn & Dial LLC, 3344 Peachtree Road, Suite 2400, Atlanta, GA 30326-4802 |
| intp | + | Freddie James Wakefield, Jr, 789 Hammond Drive, Apartment 3303, Atlanta, GA 30328-8160 |
| | + | G. Frank Nason, IV, 6000 Lake Forrest Drive, NW, Ste 435, Atlanta, GA 30328-3896 |
| acc | + | Hays Financial Consulting, LLC, 2964 Peachtree Road NW, Suite 555, Atlanta, GA 30305-4909 |
| | | Joshua A. Mayes, Robbins Alloy Belinfante, Littlefield LLC, 500 14th Street, N.W., Atlanta, GA 30318 |
| cr | + | LHT North Atlanta, LLC, 353 North Clark Street, Ste. 300, Chicago, Il 60654-4704 |
| cr | + | Wildwood Professional Properties, LLC, 12190 Dancliff Trace, Alpharetta, GA 30009-8730 |
| 23879223 | + | 24 Capital, c/o Triton Recovery Group, 20200 W. Dixie Highway, Suite 709, Miami, FL 33180-1920 |
| 23879222 | + | ADP, 400 Covina Blvd., San Dimas, CA 91773-2954 |
| 23879227 | + | BHG Funding, 201 East Las Olas Boulevard, Suite 1110, Fort Lauderdale, Florida 33301-4434 |
| 23879228 | + | Citizens Bank - Acclivity Financial, P O Box 1900, Elizabethton, TN 37644-1900 |
| 23879232 | + | Dedicated Funding, 860 E 4500 South, Salt Lake City, UT 84107-3152 |
| 23879239 | + | ICM VI Jones Bridge Square LP, c/o Godwin Group, 3985 Steve Reynolds Blvd., Bld D, Norcross, Georgia 30093-3035 |
| 23879225 | + | ICM VI Jones Bridge Square, c/o Jason Godwin; Godwin Law Group, 3985 Steve Reynolds Blvd, Building D, Norcross, GA 30093-3094 |
| 23879240 | + | LHT North Atlanta, LLC, c/o Fultz Maddox Dickens, Attn: Elizabeth Noland, 101 South Fifth Street, 27th Floor, Louisville, KY 40202-3067 |
| 23879236 | + | Moore Ingram Johnson & Steele LLP, Nathaniel Hofman, 326 Roswell Street, Suite 100, Marietta, GA 30060-8223 |
| 23879230 | + | PNC Bank (PPP Loan), Commercial Lending Operations, P O Box 747046, Pittsburgh, PA 15274-7046 |
| 23879233 | + | Scott Huynh, 1230 Satellite Blvd UNIT 100,, Suwanee, GA 30024-3238 |
| 23879235 | + | Synovus, 1111 Bay Avenue, Suite 400, Columbus, Georgia 31901-5267 |
| 23879238 | + | Territorial Bank of American Samoa, 400 Northridge Rd #1225, Atlanta, GA 30350-3357 |
| 23879221 | | Timothy Kiser, c/o Joshua Mayes, 500 14th St NW, Atlanta, GA 30318 |
| 23879237 | + | Wallace Accounting and Advisory, 121 W Hickory, Suite 101, Denton, TX 76201-4195 |
| 23879224 | + | Wildwood Professional Properties, c/o Scott Israel, 1230 Peachtree St NE, Suite 800, Atlanta, GA 30309-7536 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 23879234 | | Email/PDF: ais.chase.ebn@aisinfo.com | Aug 16 2022 20:08:13 | Chase Bank, P.O. Box 9001022, Louisville, KY 40290 |
| 23879231 | | Email/Text: bankruptcy@pawneeleasing.com | Aug 16 2022 20:05:00 | Pawnee Leasing, 3801 Automation Way, Suite 207, Fort Collins, CO 80525 |
| 23879229 | + | Email/Text: carlissa.carson@sba.gov | Aug 16 2022 20:06:00 | Small Business Administration, 233 Peachtree Street, Suite 300, Atlanta, Georgia 30303-1553 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 23879226 | | Zions Bank, c/o Eric Anderson, Parker Hudson Rainer & Dobbs |

| District/off: 113E-9 | User: bncadmin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 16, 2022 | Form ID: pdf471 | Total Noticed: 27 |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2022           Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Catherine Clare Sullivan | on behalf of Creditor Timothy A. Kiser csullivan@robbinsfirm.com |
| Eric W. Anderson | on behalf of Creditor Zions Bancorporation N.A. d/b/a Zions First National Bank eanderson@phrd.com |
| G. Frank Nason, IV | on behalf of Creditor Scott L. Huynh fnason@lcenlaw.com emiller@lcenlaw.com;emiller@ecf.courtdrive.com;NasonFR86494@notify.bestcase.com |
| Garrett A. Nail | on behalf of Debtor Dentcorp Management LLC gnail@pgnlaw.com |
| George B. Green, Jr | on behalf of Creditor LHT North Atlanta LLC ggreen@wwhgd.com |
| Griffin B. Bell, III | on behalf of Creditor Benco Dental Supply Co. gbb@gb3pc.com dts@gb3pc.com;admin@gb3pc.com |
| Jason B. Godwin | on behalf of Creditor Wildwood Professional Properties LLC jgodwin@godwinlawgroup.com |
| John A. Thomson, Jr. | on behalf of Creditor Citizens Bank john.thomson@arlaw.com lianna.sarasola@arlaw.com;linda.mesa@arlaw.com |
| Joshua Andreas Mayes | on behalf of Creditor Timothy A. Kiser jmayes@robbinsfirm.com |
| Matthew G. Roberts | on behalf of Creditor Zions Bancorporation N.A. d/b/a Zions First National Bank mroberts@phrd.com |
| Milton D. Jones | on behalf of Interested Party Freddie James Wakefield Jr miltondjonesatty@gmail.com, mmajone1@comcast.net;G61681@notify.cincompass.com |
| Neil C. Gordon | on behalf of Trustee Neil C. Gordon angela.ford@agg.com carol.stewart@agg.com;ecf.alert+Gordon@titlexi.com |
| Neil C. Gordon | angela.ford@agg.com carol.stewart@agg.com;ecf.alert+Gordon@titlexi.com |
| Office of the United States Trustee | ustpregion21.at.ecf@usdoj.gov |
| Richard L. Robbins | on behalf of Creditor Timothy A. Kiser rrobbins@robbinsfirm.com smorris@robbinsfirm.com;rmeier@robbinsfirm.com;DButler@robbinsfirm.com;kmccuiston@robbinsfirm.com;jenglish@robbinsfirm.com;ckunkes@robbinsfirm.com |
| Ron C. Bingham, II | on behalf of Creditor Citizens Bank ron.bingham@arlaw.com lianna.sarasola@arlaw.com |

District/off: 113E-9 User: bncadmin Page 3 of 3
Date Rcvd: Aug 16, 2022 Form ID: pdf471 Total Noticed: 27
TOTAL: 16