**IT IS ORDERED as set forth below:**

**Date: September 8, 2022**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

# IN THE UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| DENTCORP MANAGEMENT, | ) | |
| LLC, | ) | CASE NO.: 22-54412 |
| | ) | CHAPTER 7 |
| Debtor. | ) | JUDGE: BEM |
| | ) | |
| | ) | |

### CONSENT ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY AND WAIVER OF FED. R. BANK. P. 4001(a)(3) AND MOTION FOR ABANDONMENT PURSUANT TO 11 U.S.C. § 554

This case is before the Court on LHT North Atlanta, LLC's ("LHT") motion for relief from the automatic stay provided by 11 U.S.C. § 362(a) ("Motion"), and for a determination that LHT's lease and any property of Associated Oral Specialties, Inc. ("AOS") remaining in LHT's property be deemed abandoned

1

following entry of an order by the Court pursuant to 11 U.S.C. § 554. Having heard and considered LHT's Motion, the Court orders as follows:

1. LHT is granted relief from the automatic stay such that it is entitled to seek relief under state law and the lease agreement between LHT and AOS in relation to that certain piece of real property commonly known as Doctor's Center III at Emory Saint Joseph's Hospital, 5671 Peachtree Dunwoody Road, N.E., Atlanta, Georgia (the "Premises"), including initiating eviction proceedings; *provided, however*, that LHT shall provide to Zions Bancorporation, N.A. and Citizen's Bank reasonable prior written notice of (i) the initiation of such eviction proceedings, if any, and (ii) any eviction or other disposition and/or removal of the personal property remaining in the Premises ("Personal Property") pursuant to applicable state law;

2. The Personal Property is deemed abandoned by the Trustee pursuant to 11 U.S.C. § 554;

3. Upon abandonment of the Premises and Personal Property, the automatic stay arising under 11 U.S.C. § 362(a) is of no further force or effect with respect thereto; and

4. The fourteen-day waiting period imposed by Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is waived, thereby rendering the termination of the automatic stay effective immediately.

[**END OF DOCUMENT**]

**PROPOSED BY:**

**LHT NORTH ATLANTA, LLC**

*/s/ George B. Green, Jr.*

_____
George B. Green, Jr.
Georgia Bar No.: 665716
Weinberg, Wheeler, Hudgins, Gunn & Dial
3344 Peachtree Rd., NE
Suite 2400
Atlanta, Georgia 30326
ggreen@wwhgd.com
*Attorney for LHT North Atlanta, LLC*

**ACKNOWLEDGED AND AGREED TO BY:**

**CITIZENS BANK**

*/s/ Sam Richards*

_____
Ron C. Bingham, II
Georgia Bar No.: 057240
Sam Richards (*w/ express permission, by George Green, Jr.*)
Georgia Bar No.: 947031
Adams and Reese, LLP
3424 Peachtree Road, NE
Suite 1600
Atlanta, Georgia 30326
ron.bingham@arlaw.com
*Attorney for Citizens Bank*

*-and-*

**ZIONS BANCORPORATION, N.A.**

*/s/ Matthew G. Roberts*

_____

Matthew G. Roberts (*w/ express permission, by George Green, Jr.*)
Georgia Bar No.: 367914
Parker, Hudson, Rainer & Dobbs, LLP
303 Peachtree Street NE
Suite 3600
Atlanta, Georgia 30308
mroberts@phrd.com
*Attorney for Zions Bancorporation, N.A.*

## Distribution List

Dentcorp Management, LLC
5671 Peachtree Dunwoody Road
Atlanta, Georgia 30342

Garrett A. Nail
PORTNOY, GARNER & NAIL, LLC
3350 Riverwood Parkway
Suite 460
Atlanta, Georgia 30339
gnail@pgnlaw.com

Neil C. Gordon
CHAPTER 7 TRUSTEE
Suite 2100
171 17th Street, NW
Atlanta, Georgia 30363

Ron C. Bingham, II
Sam Richards
ADAMS AND REESE, LLP
3424 Peachtree Road, NE
Suite 1600
Atlanta, Georgia 30326
ron.bingham@arlaw.com
*Attorney for Citizens Bank*

Matthew G. Roberts
PARKER, HUDSON, RAINER & DOBBS, LLP
303 Peachtree Street NE
Suite 3600
Atlanta, Georgia 30308
mroberts@phrd.com
*Attorney for Zions Bancorporation, N.A.*