# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| | | |
|---|---|---|
| **Case Number:** 22-54412 BEM | **Trustee:** | NEIL C GORDON, TRUSTEE |
| **Case Name:** Dentcorp Management LLC | **Filed (f) or Converted (c):** | 06/09/22 (f) |
| | **§341(a) Meeting Date:** | 07/19/22 |
| **Period Ending:** 12/31/23 | **Claims Bar Date:** | 12/21/22 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| | | Estimated Net Value | | | Asset Fully |
| | Petition/ | (Value Determined By Trustee, | Property | Sale/Funds | Administered (FA)/ |
| Asset Description | Unscheduled | Less Liens, Exemptions, | Abandoned | Received by | Gross Value of |
| Ref #    (Scheduled And Unscheduled (u) Property) | Values | and Other Costs) | OA=§554(a) Abandon | the Estate | Remaining Assets |
| 1   Suwanee Assets | Unknown | 25,000.00 | | 25,000.00 | FA |
| 2   Cash (see footnote) | 24,659.87 | 24,659.87 | OA | 0.00 | FA |
| 3   Prepaid rent - JBS - Steve Tongkun Han, DMD PC Lease | 3,573.08 | 3,573.08 | OA | 0.00 | FA |
| 4   Security Deposit - JBS - Steve Tongkun Hahn, DMD PC Lease | 6,287.83 | 6,287.83 | OA | 0.00 | FA |
| 5   Security Deposit - Israel Huynh | 3,876.00 | 3,876.00 | OA | 0.00 | FA |
| 6   Office Furniture | 10,000.00 | 10,000.00 | OA | 0.00 | FA |
| 7   Dental Equipment | 2,349,148.87 | 2,349,148.87 | OA | 0.00 | FA |
| 8   Vehicles | 32,650.20 | 32,650.20 | OA | 0.00 | FA |
| 9   Loan Obligation Fees - Non-Compete Agreement | 65,193.00 | 65,193.00 | OA | 0.00 | FA |
| 10  Goodwill | 594,382.00 | 594,382.00 | OA | 0.00 | FA |
| 11  Notes Receivable: Due To/From Scott Huynh DMD PC | 208,990.00 | 208,990.00 | OA | 0.00 | FA |
| 12  Causes of Action Against Third Parties: Block, Inc. (dba Square) | 52,111.95 | 52,111.95 | OA | 0.00 | FA |
| 13  Regions Bank Checking Account (5646) | 0.00 | 0.00 | OA | 0.00 | FA |
| 14  Regions Bank Checking Account (5654) | 0.00 | 0.00 | OA | 0.00 | FA |
| 15  Regions Bank Checking Account (6850) | 1,934.41 | 1,934.41 | OA | 0.00 | FA |
| 16  JPMorgan Chase Bank Checking Account (0293) | 17,660.80 | 17,660.80 | OA | 0.00 | FA |
| 17  PNC Bank Checking Account (0093) | 0.00 | 0.00 | OA | 0.00 | FA |
| 18  JPMorgan Chase Bank Savings Account | 544.45 | 544.45 | OA | 0.00 | FA |
| 19  JPMorgan Chase Bank Checking Account (7356) | 327.96 | 327.96 | OA | 0.00 | FA |
| 20  JPMorgan Chase Bank Checking Account (7611) | 1.90 | 1.90 | OA | 0.00 | FA |
| 21  JPMorgan Chase Bank Checking Account (7862) | 0.00 | 0.00 | OA | 0.00 | FA |

**FORM 1** Page: 2
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | | | | |
|---|---|---|---|---|---|---|
| | (see footnote) | | | | | |
| 22 | JPMorgan Chase Bank Checking Account (9769) | 5,009.38 | 5,009.38 | OA | 0.00 | FA |
| 23 | RECEIVERSHIP FUNDS (u) | Unknown | 0.00 | | 27,021.34 | FA |
| | **TOTALS** (Excluding Unknown Values) | **$3,376,351.70** | **$3,401,351.70** | | **$52,021.34** | **$0.00** |

Regarding Property #2   *Funds are commingled. Debtor's share is unknown
Regarding Property #21   Scheduled as negative balance of $819.03.

**Major activities affecting case closing:**

Timothy Kiser ("Kiser") initiated a civil action in the Superior Court of Fulton County, Case No. 2021CV355806 (the "Litigation") against Freddie Wakefield, Jr., DMD ("F. Wakefield"), Daryl Wakefield ("D. Wakefield")(collectively, the "Wakefields"), and Debtor alleging, among other things, that the Wakefields defrauded Kiser into investing in Debtor. On or about January 25, 2022, the Superior Court entered an Order (the "Receivership Order") in the Litigation appointing Christopher Tierney as receiver (the "Receiver") to "manage all necessary operations of the company…." The Receivership Order identified the Receivership Estate as including all "property and assets of [Debtor] and its corporate affiliates, wherever located…." On or about May 9, 2022, the Superior Court entered an Order authorizing the Receiver to file a voluntary petition for relief under the United States Bankruptcy Code for Debtor and its affiliates. On June 9, 2022 (the "Petition Date"), the Receiver filed a voluntary Chapter 7 petition for Debtor only.

Pursuant to a Practice Assets Sale Agreement entered into December 8, 2020, Debtor and Scott Huynh ("Huynh") jointly acquired from Robert S. Israel, DDS and Wildwood Management, LLC a dental practice located at 1230 Satellite Blvd., Suite 100, Suwanee, GA 30024 (the "Suwanee Practice"). The Bill of Sale and Assignment of the assets and business of the Suwanee Practice was made jointly to Debtor and Huynh. As part of the transaction, Wildwood Professional Properties, LLC ("Landlord") entered into a lease with Debtor for the premises at which the Suwanee Practice operated, a copy of which is attached hereto as Exhibit "A" (the "Lease"). Huynh guaranteed Debtor's obligation under the Lease. The rent due Landlord under the Lease was approximately $34,000-$35,000, Huynh desired to cure all defaults under the Lease and assume all obligations thereunder. By motion, Trustee sought approval of the assumption of the Lease and assignment to Huynh, or an entity owned and controlled by Huynh. Pursuant to Court Order entered October 27, 2022 [Doc. No. 71], the assumption and assignment of the Lease was approved.

Pursuant to a Practice Assets Sale Agreement entered into December 8, 2020 (the "Sale Agreement"), Debtor and Scott Huynh ("Huynh") jointly acquired from Robert S. Israel, DDS and Wildwood Management, LLC a dental practice located at 1230 Satellite Blvd., Suite 100, Suwanee, GA 30024 (the "Suwanee Practice"). The Bill of Sale and Assignment of the assets and business of the Suwanee Practice (the "Suwanee Assets") was made jointly to Debtor and Huynh (the "Bill of Sale"). Huynh desired to acquire all of the estate's interest in and to the Suwanee Assets acquired under the Sale Agreement and Bill of Sale. Zions Bancorporation, N.A. ("Zions") asserted a security interest in and to, among other things, all of the Suwanee Assets pursuant to a Commercial Security Agreement dated on or about December 4, 2020. By motion, Trustee sought authority to sell to Huynh or an entity owned and controlled by Huynh all of the estate's interest in and to the Suwanee Assets for the price of $25,000 [Doc. No. 59]. The sale was subject to all existing liens and security interests, including the security interest of Zions. Pursuant to Court Order entered October 27, 2022 [Doc. No. 70], the sale was approved, and the sale proceeds remitted to Trustee.

Tax returns have been filed. Claims have been reviewed with several objections to be filed.

**Initial Projected Date of Final Report (TFR):** December 31, 2024         **Current Projected Date of Final Report (TFR):** December 31, 2024

|  |  |
|---|---|
| February 07, 2024 | /s/ NEIL C GORDON, TRUSTEE |
| Date | NEIL C GORDON, TRUSTEE |

Page: 1

# Form 2
# Cash Receipts and Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 22-54412 BEM | |
| **Case Name:** | Dentcorp Management LLC | |
| **Taxpayer ID#:** | ******6248 | |
| **Period:** | 01/01/23 - 12/31/23 | |

| | |
|---|---|
| **Trustee:** | NEIL C GORDON, TRUSTEE |
| **Bank Name:** | East West Bank |
| **Account:** | ******1548 - Checking |
| **Blanket Bond:** | $33,665,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 Check or Ref. # | 3 Paid To / Received From | 4 Description of Transaction | 5 Uniform Tran. Code | 6 Receipts $ | 7 Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 08/02/22 | Asset #23 | Moore Colson | Turnover of Receivership Funds | 1290-000 | 27,021.34 | | 27,021.34 |
| 08/31/22 | | East West Bank | Bank and Technology Services Fee | 2600-000 | | 37.26 | 26,984.08 |
| 09/30/22 | | East West Bank | Bank and Technology Services Fee | 2600-000 | | 43.85 | 26,940.23 |
| 10/31/22 | | East West Bank | Bank and Technology Services Fee | 2600-000 | | 43.78 | 26,896.45 |
| 11/21/22 | Asset #1 | Lamberth, Cifelli, Ellis & Nason, P.A. | Suwanee Assets Sale Pursuant to Court Order Entered 10/27/22 (Doc. No. 70) | 1229-000 | 20,896.34 | | 47,792.79 |
| 11/29/22 | Asset #1 | Lamberth, Cifelli, Ellis & Nason, P.A. | Balance Due for Suwanee Assets Sale Pursuant to Court Order Entered 10/27/22 (Doc. No. 70) | 1229-000 | 4,103.66 | | 51,896.45 |
| 11/30/22 | | East West Bank | Bank and Technology Services Fee | 2600-000 | | 43.78 | 51,852.67 |
| 12/14/22 | | East West Bank | Bank and Technology Services Fee | 2600-000 | | -37.26 | 51,889.93 |
| 12/14/22 | | East West Bank | Bank and Technology Services Fee | 2600-000 | | -43.85 | 51,933.78 |
| 12/14/22 | | East West Bank | Bank and Technology Services Fee | 2600-000 | | -43.78 | 51,977.56 |
| 12/14/22 | | East West Bank | Bank and Technology Services Fee | 2600-000 | | -43.78 | 52,021.34 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 52,021.34 | 0.00 | $52,021.34 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 52,021.34 | 0.00 | |
| Less: Payment to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$52,021.34** | **$0.00** | |

**Form 2**
**Cash Receipts and Disbursements Record**

Page: 2

| | | | TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|---|---|---|
| Net Receipts: | | $52,021.34 | Checking # ******1548 | 52,021.34 | 0.00 | 52,021.34 |
| Net Estate: | | $52,021.34 | | $52,021.34 | $0.00 | $52,021.34 |