UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| DENTCORP MANAGEMENT, LLC, | ) | CASE NO. 22-54412-bem |
| | ) | |
| Debtor | ) | CHAPTER 7 |
| _____ | ) | |

**WITHDRAWAL OF PROOF OF CLAIM NO. 16**

COMES NOW Scott L. Huynh, DMD, by and through the undersigned counsel, and hereby withdraws Proof of Claim No. 16.

Dated: December 3, 2024

                                            LAMBERTH, CIFELLI,
                                            ELLIS & NASON, P.A.
                                            *Counsel for Scott L. Huynh, DMD*

                                            By: */s/ G. Frank Nason, IV*
                                                     G. Frank Nason, IV
                                                     Georgia Bar No. 535160
                                                     fnason@lcenlaw.com

6000 Lake Forrest Drive, NW
Suite 290
Atlanta, Georgia 30328
(404) 262-7373

**Certificate of Service**

This is to certify that I have on this day electronically filed the foregoing *Withdrawal of Proof of Claim No. 16* using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program.

Dated: December 3, 2024

/s/ G. Frank Nason, IV
G. Frank Nason, IV
Georgia Bar No. 535160

6000 Lake Forrest Drive
Suite 290
Atlanta, Georgia 30328
(404) 262-7373